UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JERRY W. GRIFFIS, ET AL.,

Plaintiffs,

v.

MAYO CLINIC,

Defendant.

Civil No. 01-1625 DWF/AJB

NOTICE OF HEARING

---

You are hereby given notice that the Rule 16 Pretrial Conference will be held on November 8, 2001, at **2:30 p.m.**, in Courtroom 628(A) of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge. The hearing was previously scheduled at 1:30 p.m. on the same date.

Dated: 10/31/01

Arthur J. Boylan
United States Magistrate Judge

Filed OCT 31 2001
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________