UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

JERRY W. GRIFFIS AND
LINDA J. GRIFFIS,

Plaintiffs,

v.

MAYO CLINIC ROCHESTER,

Defendant.

Civil No.01-1625 DWF/AJB

AMENDED PRETRIAL
SCHEDULING ORDER

---

The Court hereby amends the Pretrial Scheduling Order dated November 9, 2001 by striking paragraph three of the Discovery Plan therein and inserting instead the following:

3. Disclosure of the identity of expert witnesses and full disclosures of their opinions shall be supplied through Answers to Interrogatories and as required by Minn. Stat. §145.682.

Dated: 11/14/01

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed NOV 14 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________