UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jerry W. Griffis and Linda J. Griffis,

Plaintiffs,

v.

Mayo Clinic Rochester,

Defendant.

Court File No. 01-1625DWF/AJB

**STIPULATION TO AMEND PRETRIAL AND AMENDED PRETRIAL SCHEDULING ORDERS**
AND ORDER

The parties, through their respective counsel, hereby stipulate and agree that the Pretrial and Amended Pretrial Scheduling Orders be amended as follows:

1. Disclosure of the identity of expert witnesses and full disclosures of their opinions shall be supplied through Answers to Interrogatories and as required by Minn. Stat. § 145.682:

a. By plaintiffs on or before November 15, 2002.

b. By defendant on or before January 15, 2003.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by January 31, 2003.

All other dates as indicated on the Pretrial Scheduling Order and Amended Pretrial Scheduling Order shall remain the same.

15011907.1

JUL 3 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 7/29/02, 2002.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: Thomas R Bennerotte
John F. Eisberg (# 26219)
Chris Messerly (#177039)
Thomas R. Bennerotte (#299480)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFFS

Dated: 7.29.02, 2002.

DORSEY & WHITNEY L.L.P.

By: 
William R. Stoeri (#0140880)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-2600

ATTORNEYS FOR DEFENDANT

Of Counsel:

Trudi Noel Trysla (#231423)

Mayo Health System
200 First Street Southwest
Rochester, MN 55905
(507) 284-3219

Dated: July 30, 2002.

By: [signature]
Magistrate Judge of United States District Court