UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jerry W. Griffis and Linda J. Griffis,

Plaintiffs,

v.

Mayo Clinic Rochester,

Defendant.

Civil File No. 01-1625 DWF/AJB

**ORDER**

The parties, through their respective counsel, have made a joint request that the discovery deadline in this case be extended. Accordingly,

IT IS HEREBY ORDERED that the Pretrial Scheduling Order be amended as follows:

1. The discovery deadline in this case is extended to January 31, 2003.

Dated: 12/10, 2002.

BY THE COURT:

Magistrate Judge Arthur J. Boylan

DEC 10 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK