UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JERRY W. GRIFFIS, ET AL.,

Plaintiffs,

v.

MAYO CLINIC, sued as
Mayo Clinic Rochester,

Defendant.

Case No. 01-1625 DWF/AJB

NOTICE OF CANCELLATION

---

Whereas, the Court has been notified that the trial in the above captioned matter has been removed from the June trial calendar, and

Whereas, the parties jointly request that the settlement conference be moved to a date closer to trial,

You are hereby given notice that the final settlement conference scheduled to be held on June 9, 2003 at 9:00 a.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge has been **canceled**.

Dated: May 23, 2003

Arthur J. Boylan
U. S. Magistrate Judge

Filed MAY 27 2003
Richard Sletten, Clerk
Judgment Entered ____
Deputy Clerk's Initials ____