UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JERRY W. GRIFFIS, ET AL.,

Plaintiffs,

v.

MAYO CLINIC, sued as
Mayo Clinic Rochester,

Defendant.

Case No. 01-1625 DWF/AJB

NOTICE OF CANCELLATION

---

Whereas the Court has been notified that the trial in the above captioned matter has been removed from the September trial calendar, you are hereby given notice that the final settlement conference scheduled to be held on September 2, 2003 at 9:00 a.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge has been **canceled**.

Dated: August 5, 2003

Arthur J. Boylan
U. S. Magistrate Judge

Filed AUG 0 5 2003
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______