**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jerry W. Griffis and Linda J. Griffis,

Plaintiffs,

v.

Mayo Clinic, sued as Mayo Clinic Rochester,

Defendant.

Civil No. 01-1625 (DWF/AJB)

**COURT'S RULINGS ON DEPOSITIONS**

---

Chris A. Messerly, Esq., and William J. Maddix, Esq., Robins Kaplan Miller & Ciresi, 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, counsel for Plaintiffs.

William R. Stoeri, Esq., and Gillian A. Brennan, Esq., Dorsey & Whitney, 50 Sixth Street South, Suite 1500, Minneapolis, MN 55402-1498; and Joshua B. Murphy, Esq., Mayo Clinic, Legal Department, 200 First Street Southwest, Rochester, MN 55905, counsel for Defendant.

---

**Court's Rulings on Deposition of Leonard L. Gunderson, M.D., M.S.**

| Plaintiffs' Objections Page(s)/Line(s) | Defendant's Objections Page(s)/Line(s) | Court's Ruling<br>"OR" over-ruled; "S" sustained |
|---|---|---|
| | 20:17-22:10 | OR in part; S in part.<br>Delete 20:17-23.<br>Delete 21:23-25.<br>Delete 22:1-4 and 7-8.<br>OR 46:10-47:13.<br>S 49:16-19.<br>Delete 49:16-19. |
| | 50:11-52:8 | OR in part, S in part.<br>Delete 50:15-21. |

| **Plaintiffs' Objections Page(s)/Line(s)** | **Defendant's Objections Page(s)/Line(s)** | **Court's Ruling**<br>**"OR" over-ruled; "S" sustained** |
|---|---|---|
| | 39:3-13 | S.<br>Delete 39:3-13. |
| | 50:15-17 | S.<br>Delete 50:15-17.<br>(Already ruled on above.) |
| | 60:11-61:24 | Delete 60:1-61:24 or delete 60:20 and 61:18. |
| | 62:19-63:3 | S in part; OR in part.<br>Delete 62:20-25-63:1.<br>Delete 63:7. |
| 71:22-25 | | Defendant agrees to delete second sentence on 71:22-71:25. |
| 73:1-8 | | Plaintiffs' objection OR. |

**Substantive Correction Issue**

| | **Page(s)/Line(s)** | **Court's Ruling**<br>**"OR" over-ruled; "S" sustained** |
|---|---|---|
| | 28:19 | Read substantive correction to jury at end of deposition or stop at the appropriate spot during the deposition. |
| | 50:23 | Read correction to jury at the end of the video deposition or stop the video at an appropriate spot during the deposition and read the substantive correction. |

The Court will take the same position with respect to any other substantive corrections. I generally give an instruction to the jury explaining the substantive correction.

**Court's Rulings on Deposition of Dr. Wolfe B. Gerecht**

| **Plaintiffs' Objections Page(s)/Line(s)** | **Defendant's Objections Page(s)/Line(s)** | **Court's Ruling**<br>**"OR" over-ruled; "S" sustained** |
|---|---|---|
| | 12:16-17 | OR.<br>Delete 12:16-17. |
| | 13:10-11 | S.<br>Delete 13:6-16. |
| | 14 | S.<br>Delete 14:14-25. |
| | 16 | OR so long as Dr. Gerecht was reading from medical record.<br>Delete 16:15-16. |
| | 36:22-23<br>37:10-11 | OR.<br>Delete 36:22-25.<br>Delete 37:1-11. |

Dated: March 5, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court