# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

JERRY GRIFFIS, ET AL.,
Plaintiffs,
v.

MAYO CLINIC,
Defendant.

**COURT MINUTES**
Case Number: 01-1625(DWF/AJB)

Date: March 8, 2004
Court Reporter: JEANNE ANDERSON (AM)
RON MOEN (PM)
Time Commenced: 9:00 AM to 12:40PM
1:40 PM to 5:00 PM
Time in Court: 7 Hours & 00 Minutes

Trial before DONOVAN W. FRANK, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: CHRIS MESSERLY, BILL MADDIX
For Defendant: WILLIAM STOERI, GILLIAN BRENNAN, JOSHUA MURPHY

PROCEEDINGS:

: **Jury Selection.**
: **Trial - Began.**
9 **Trial - Ended**
: Jury impaneled.
: Opening statements.
9 **Trial Held.**
9 Trial continued to .
9 Plaintiff's witnesses: JERRY GRIFFIS, EDWARD FOSTER, part of WOLFE BARTON GERECHT (Video)
9 Defendant's witnesses:
9 Plaintiff rests. 9 Defendant rests.
9 Closing arguments.
9 Jury received case at.
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

9 Verdict Rec'd at for:
- 9 Plaintiff
- 9 Defendant

9 Court's Ruling:
- 9 Judgment in favor of Plaintiff.

9 Judgment in favor of Defendant.

IT IS ORDERED:

9 Oral motion to dismiss for judgment as a matter of law.
9 Clerk to file Verdict and enter Judgment.
9 Clerk to file Verdict, but withhold entry of Judgment until further order.
9 Clerk to file Order.
9 Clerk to file Order and enter Judgment.
9 Clerk to enter Judgment.
9 Written order forthcoming.
9 Case submitted.

CLERK'S USE ONLY:

9 Number of trial days with evidence - .

s/Lowell Lindquist
Signature of Deputy Clerk