# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Jerry W. Griffis and Linda J. Griffis,

Plaintiffs,

v.

Mayo Clinic, sued as Mayo Clinic Rochester,

Defendant.

**COURT MINUTES**
Case Number: 01-1625 (DWF/AJB)

| | |
|---|---|
| Date: | March 9, 2004 |
| Court Reporter: | JEANNE ANDERSON |
| Time Commenced: | 9:00 AM to 12:30PM<br>1:30 PM to 5:15 PM |
| Time in Court: | 7 Hours & 15 Minutes |

Trial before DONOVAN W. FRANK, United States District Judge, at St. Paul, Minnesota.

## APPEARANCES:

For Plaintiffs: CHRIS MESSERLY, BILL MADDIX
For Defendant: WILLIAM STOERI, GILLIAN BRENNAN, JOSHUA MURPHY

## PROCEEDINGS:

: **Continued Jury Trial.**
9 **Trial - Began**.
9 **Trial - Ended**
9 Jury impaneled.
9 Opening statements.
9 **Trial Held.**
9 Trial continued to .
9 Plaintiff's witnesses: STEPHEN SEAGREN, M.D.; WOLFE BARTON GERECHT, M.D.; HEIDI NELSON, M.D.; BARBARA TURNER, JOHN GRAVES; AND LINDA J. GRIFFIS.
9 Defendant's witnesses:
9 Plaintiff rests. 9 Defendant rests.
9 Closing arguments.
9 Jury received case at.
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

9 Verdict Rec'd at for:
  9 Plaintiff
  9 Defendant

9 Court's Ruling:
  9 Judgment in favor of Plaintiff.
  9 Judgment in favor of Defendant.

IT IS ORDERED:

- 9 Oral motion to dismiss for judgment as a matter of law.
- 9 Clerk to file Verdict and enter Judgment.
- 9 Clerk to file Verdict, but withhold entry of Judgment until further order.
- 9 Clerk to file Order.
- 9 Clerk to file Order and enter Judgment.
- 9 Clerk to enter Judgment.
- 9 Written order forthcoming.
- 9 Case submitted.

CLERK'S USE ONLY:

- 9 Number of trial days with evidence - .

s/Rebecca L. Baertsch
Signature of Judicial Assistant