# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

JERRY GRIFFIS, ET AL.,
Plaintiffs,
v.

MAYO CLINIC,
Defendant.

**COURT MINUTES**
Case Number: 01-1625(DWF/AJB)

| | |
|---|---|
| Date: | March 10, 2004 |
| Court Reporter: | JEANNE ANDERSON |
| Time Commenced: | 9:00 AM to 12:30 PM |
| | 1:30 PM to 5:00 PM |
| Time in Court: | 7 Hours & 00 Minutes |

Trial before DONOVAN W. FRANK, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiffs: CHRIS MESSERLY, BILL MADDIX
For Defendant: WILLIAM STOERI, GILLIAN BRENNAN, JOSHUA MURPHY

PROCEEDINGS:

: **Continued Jury Trial.**
9 **Trial - Began**.
9 **Trial - Ended**
9 Jury impaneled.
9 Opening statements.
9 **Trial Held.**
9 Trial continued .
9 Plaintiff's witnesses: JOHN WANGSNESS
: Defendant's witnesses: HEIDI NELSON, JULIE EARLE, J. WILLIAM CHARBONEAU, LEONARD GUNDERSON (Video)
: Plaintiffs rest. 9 Defendant rests.
**Defendant's motion for judgment as a mater of law - DENIED**
9 Closing arguments.
9 Jury received case at.
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

9 Verdict Rec'd at for:
9 Plaintiff
9 Defendant

s/Lowell Lindquist

Signature of Deputy Clerk