# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL JURY TRIAL

JERRY GRIFFIS, ET AL.,
Plaintiffs,
v.

MAYO CLINIC,
Defendant.

**COURT MINUTES**
Case Number: 01-1625(DWF/AJB)

Date: March 11, 2004
Court Reporter: JEANNE ANDERSON
Time Commenced: 9:00 AM to 1:00 PM
Time in Court: 4 Hours & 00 Minutes

Trial before DONOVAN W. FRANK, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiffs: CHRIS MESSERLY, BILL MADDIX
For Defendant: WILLIAM STOERI, GILLIAN BRENNAN, JOSHUA MURPHY

PROCEEDINGS:

: **Continued Jury Trial.**
9 **Trial - Began**.
9 **Trial - Ended**
9 Jury impaneled.
9 Opening statements.
9 **Trial Held.**
9 Trial continued .
9 Plaintiff's witnesses:
: Defendant's witnesses: JENNIFER DARCY, MICHAEL HADDOCK
9 Plaintiffs rest. 9 Defendant rests.
9 Closing arguments.
9 Jury received case at.
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

**Jurors sent home at 12:00 to return at 9:00 tomorrow. Counsel and Court discuss Jury Instructions.**

9 Verdict Rec'd at for:
9 Plaintiff
9 Defendant

s/Lowell Lindquist
Signature of Deputy Clerk