# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

JERRY GRIFFIS, ET AL.,
Plaintiffs,
v.

MAYO CLINIC,
Defendant.

**COURT MINUTES**
Case Number: 01-1625(DWF/AJB)

Date: March 12, 2004
Court Reporter: JEANNE ANDERSON
Time Commenced: 9:00 AM to 11:45 PM
12:30PM to 5:00 PM
Time in Court: 7 Hours & 15 Minutes

Trial before DONOVAN W. FRANK, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiffs: CHRIS MESSERLY, BILL MADDIX
For Defendant: WILLIAM STOERI, GILLIAN BRENNAN, JOSHUA MURPHY

PROCEEDINGS:

: **Continued Jury Trial.**
9 **Trial - Began**.
9 **Trial - Ended**
9 Jury impaneled.
9 Opening statements.
9 **Trial Held.**
9 Trial continued .
9 Plaintiff's witnesses:
: Defendant's witnesses: CHRISTOPHER WILLETT
9 Plaintiffs rest. : Defendant rests.
: Closing arguments.
: **Jury received case at 2:55 PM and begins deliberation. 5:00 PM jurors stop deliberation to return on Monday, March 15 at 9:00 AM.**
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

9 Verdict Rec'd at for:
9 Plaintiff
9 Defendant

s/Lowell Lindquist

Signature of Deputy Clerk