# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL JURY TRIAL

JERRY GRIFFIS, ET AL.,
Plaintiffs,
v.

MAYO CLINIC,
Defendant.

**COURT MINUTES**
Case Number: 01-1625(DWF/AJB)

Date: March 15, 2004
Court Reporter: JEANNE ANDERSON
Time Commenced: 9:00 AM to 12:00 PM
1:20PM to 1:30 PM
Time in Court: 3 Hours & 10 Minutes

Trial before DONOVAN W. FRANK, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiffs: CHRIS MESSERLY, BILL MADDIX
For Defendant: WILLIAM STOERI, GILLIAN BRENNAN, JOSHUA MURPHY

PROCEEDINGS:

: **Continued Jury Deliberation begins at 9:00 AM.**
9 **Trial - Began**.
9 **Trial - Ended**
9 Jury impaneled.
9 Opening statements.
9 **Trial Held.**
9 Trial continued .
9 Plaintiff's witnesses:
9 Defendant's witnesses:
9 Plaintiffs rest. 9 Defendant rests.
9 Closing arguments.
9 Jury received case.
9 Jury resumed deliberations on.
9 Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

: **Verdict Rec'd at 1:20 PM for:**
9 **Plaintiff**
: **Defendant**
**Plaintiff receives nothing. Judgment to be entered accordingly. Exhibits returned to counsel.**

s/Lowell Lindquist

Signature of Deputy Clerk