**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jerry W. Griffis and Linda J. Griffis, Civil No. 01-1625 (DWF/AJB)

Plaintiffs,

v. **ORDER FOR JUDGMENT**

Mayo Clinic, sued as Mayo Clinic Rochester,

Defendant.

---

Chris A. Messerly, Esq., William J. Maddix, Esq., and John F. Eisberg, Esq., Robins Kaplan Miller & Ciresi, 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, counsel for Plaintiffs.

William R. Stoeri, Esq., and Gillian A. Brennan, Esq., Dorsey & Whiteney, 50 Sixth Street South, Suite 1500, Minneapolis, MN 55402-1498; Joshua B. Murphy, Esq., Mayo Clinic, Legal Department, 200 First Street Southwest, Rochester, MN 55905, counsel for Defendant.

---

The above-entitled matter came on for trial before the undersigned and a jury on March 8, 9, 10, 11, 12, and 15, 2004. On March 15, 2004, the jury returned its verdict in the form of Special Verdict Form answers to the questions that were posed to it by the Court. The Special Verdict Form is attached as Appendix A.

Based upon all of the files, records, and proceedings herein, including the answers to the Special Verdict Form questions returned by the jury on March 15, 2004, subscribed by the foreperson thereof on March 15, 2004, it is ordered that Plaintiff's complaint against the Defendant in this case (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 19, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court