# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jerry W. Griffis and Linda J. Griffis, | Civil No. 01-1625 (DWF/AJB)

Plaintiffs,

v. | **SPECIAL VERDICT FORM**

Mayo Clinic, sued as Mayo Clinic Rochester,

Defendants.

We, the jury in the above-entitled action, return the following answers to the questions of fact presented to us:

**Negligence:**

1. Was Defendant Mayo Clinic negligent in its care and treatment of Jerry Griffis?

Yes__________ No___X___

2. *If you answered "No" to Question 1, move ahead to Question 3. If you answered "Yes" to Question 1, please answer this question:* Was Mayo Clinic's negligence in the care and treatment of Jerry Griffis a direct cause of harm or injury to Jerry Griffis?

Yes__________ No__________

**Informed Consent:**

3. Did Defendant Mayo Clinic fail to inform Jerry Griffis about the risks involved in the radiation treatment administered and about the alternatives to that treatment?

Yes__________ No___X___

4. *If you answered "No" to Question 3, please move ahead and follow the instructions preceding Question 6. If your answer to Question 3 was "Yes," then answer this question:* Would a reasonable person in the position of Jerry Griffis have refused to consent to the radiation treatment administered if the risks of the treatment and the alternatives to the treatment had been known?

Yes__________ No__________

5. *If you answered "No" to Question 4, please move ahead and follow the instructions preceding Question 6. If your answer to Question 4 was "Yes," then answer this question:* Was Mayo Clinic's failure to inform Jerry Griffis about the risks of the radiation treatment and alternatives to the treatment a direct cause of harm or injury to Jerry Griffis?

Yes__________ No__________

**Damages:**

*If your answer to Question 2 was "Yes," OR if your answer to Question 5 was "Yes," then you must answer Question 6, 7, and 8. If you answered "No" to Question 2 AND Question 5, or if you were not required to answer those questions, then you are done with your deliberations and you should sign the verdict form.*

6. What amount of money will fairly and adequately compensate Jerry Griffis for the damages directly caused by the negligence of the Mayo Clinic:

**Past Damages - Up To The Date Of The Verdict**

a. Loss of income $__________

b. Medical and home health care expenses of every kind $__________

c. Pain, suffering, disfigurement, disability, and emotional distress $__________

7. What amount of money will fairly and adequately compensate Jerry Griffis for such future damages that were directly caused by the negligence of the Mayo Clinic and are reasonably certain to occur for:

**Future Damages**

a. Loss of income $________

b. Medical and home health care expenses of every kind $________

c. Pain, suffering, disfigurement, disability, and emotional distress $________

8. What amount of money will fairly and adequately compensate Linda Griffis for:

**Past Damages - Up To The Date Of The Verdict**

a. Loss of the services and companionship of her husband Jerry Griffis $________

**Future Damages**

b. Loss of the services and companionship of her husband Jerry Griffis $________

**Sign the special verdict form, and inform the court security officer that you have finished deliberating.**

Dated: March 15, 2004

Angela Branham
Foreperson