AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Jerry W. Griffis and Linda J. Griffis

V.

Mayo Clinic

**JUDGMENT IN A CIVIL CASE**

Case Number: CV01-1625 DWF/AJB

: **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

9 **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff's complaint against the Defendant in this case is dismissed with prejudice.

March 19, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Victoria Moralez
(By) Victoria Moralez, Deputy Clerk