**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jerry W. Griffis and Linda J. Griffis — Civil No. 01-1625 (DWF/AJB)

Plaintiffs,

v.

**ORDER**

Mayo Clinic, sued as Mayo Clinic Rochester,

Defendants.

---

Jerry W. Griffis and Linda J. Griffis, *Pro Se*, 8307 State Highway Long P, Seymour, MO 65746, Plaintiffs.

Chris A. Messerly, Esq., John F. Eisberg, Esq., and William J. Maddix, Esq., Robins Kaplan Miller & Ciresi, 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, counsel for Plaintiffs.

William R. Stoeri, Esq., and Gillian A. Brennan, Esq., Dorsey & Whitney, 50 6th Street S, Suite 1500, Minneapolis, MN 55402-1498; Joshua B. Murphy, Esq., Mayo Clinic, Legal Department, 200 1st Street SW, Rochester, MN 55905, counsel for Defendants.

---

On April 19, 2004, Plaintiffs Jerry W. Griffis and Linda J. Griffis filed a motion to extend the time to file a notice of appeal. The Court finds that Plaintiffs have shown good cause for granting such an extension. As a result, the Court grants Plaintiffs' motion to extend the time to file a notice of appeal over the objection of Defendants. Pursuant to this Order, Plaintiffs will have until May 27, 2004, to file a notice of appeal.

For the reasons stated, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion to Extend the Time to File a Notice of Appeal (Doc. No. 67) is **GRANTED.**

Dated: May 13, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court