**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jerry W. Griffis and Linda J. Griffis,

Plaintiffs,

v.

Mayo Clinic Rochester,

Defendant.

Civil File No. 01-1625 DWF/AJB

**WITHDRAWAL OF COUNSEL**

TO: Jerry and Linda Griffis, 8307 State Highway Long P, Seymour, Missouri 65746 and DEFENDANT MAYO CLINIC AND ITS ATTORNEY, William R. Stoeri, Dorsey & Whitney, LLP, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402.

PLEASE TAKE NOTICE that Chris A. Messerly, William J. Maddix, and the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., hereby withdraw as the attorneys and counsel for Jerry W. Griffis and Linda J. Griffis. This withdrawal of counsel is effective immediately and includes, without limitation, further representation of Jerry W. Griffis and Linda J. Griffis by the undersigned with respect to the captioned action.

It is the undersigned's information and belief that Jerry W. Griffis and Linda J. Griffis can be served or notified of matters relating to the captioned action at the following address: Jerry and Linda Griffis, 8307 State Highway Long P, Seymour, MO 65746.

Dated: May 14, 2004

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________
Chris A. Messerly (#177039)
William J. Maddix (#188530)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

**AFFIDAVIT OF SERVICE BY MAIL**

**STATE OF MINNESOTA** )
) **ss**
**COUNTY OF HENNEPIN** )

Laurie Mattheis, being first duly sworn on oath, deposes and says, that she is a secretary in the office of Robins, Kaplan, Miller & Ciresi L.L.P., Attorneys at Law, 2800 LaSalle Plaza, 800 LaSalle Ave. S., Minneapolis, Minnesota 55402-2015. That on the 14th day of May, she made service of the attached Notice of Withdrawal by mailing a true and correct copy thereof to:

William Stoeri, Esq.
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

Jerry and Linda Griffis
8307 State Highway Long P
Seymour, MO 65746

first class, postage paid.

Laurie Mattheis

Subscribed and sworn to before me
this 14th day of May, 2004.

Kathryn R. Burger
Notary Public

KATHRYN R. BURGER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**Chris A. Messerly**
**Also Admitted**
**in Wisconsin**
**(612) 349-8585**

RECEIVED
BY MAIL
MAY 17 2004
CLERK, US DIST. COURT
ST. PAUL, MN

May 14, 2004

U.S. District Court
Attention: Court's Chambers
Warren E. Burger Federal Building
316 North Robert Street, #700
St. Paul, MN 55105

Re: *Jerry W. Griffis and Linda J. Griffis v. Mayo Clinic Rochester*
Civil File No. 01-1625 DWF/AJB
Our File No. 121516-0000

Dear Clerk of Court:

Please find enclosed for filing Notice of Withdrawal.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Chris A. Messerly

CAM/lm
Enclosure
cc: William R. Stoeri, Esq.
Jerry and Linda Griffis